IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Smart Parts, Inc., a Pennsylvania Corporation )
                Plaintiff )
                              )
vs                                     ) Civil No. 00-1482
                              )
Indian Creek Design Inc. an Idaho corporation; and
Jerry Dobbins, an individual )
                Defendant )

## ORDER OF COURT

AND NOW, to wit, this 19th day of May, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following pleadings, impounded in the Office of the Clerk of Court be returned to counsel:

Documents: part of #72, 80

Counsel shall adhere to all provisions of the Protective Order which impounded the above pleadings.

                                              Ila Jeanne Sensenich
                                              U.S. District Judge